```
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
         Office of the General Counsel
         Social Security Administration
         6401 Security Boulevard
         Baltimore, MD 21235
         Telephone: (510) 970-4803
         E-Mail: andrea.banks@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SKYLER ROBERT WALKER,<br><br>         Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>         Defendant. | No. 5:24-CV-00966-AS<br><br>[~~PROPOSED~~]<br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of **$6,550.00** and no costs, subject to the terms of the stipulation.

DATED: September 24, 2024

                                        / s / Sagar
                                        HON. ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE